Sullivan, J

EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTR...
DOC#:
DA...        3-19-13
```

------------------------------------x
:
ROY THOMAS BAKER                    :   No. 12-CV-6072 (RJS)
:
              Plaintiff,            :   **STIPULATION OF DISMISSAL**
      - v. -                        :   **WITH PREJUDICE**
:
SONY MUSIC ENTERTAINMENT,           :
:   ECF CASE
              Defendant             :
------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for all parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims asserted by Plaintiff Roy Thomas Baker in this action are hereby dismissed with prejudice, with each party to bear its own fees and costs.

NY: 788072-1

Dated:   March 11, 2013

| KING & BALLOW | COVINGTON & BURLING LLP |
|---|---|
| By: *[signature]* Rich D Busch w/p Awc | By: *[signature]* |
| Richard S. Busch | Jonathan M. Sperling |
| 315 Union Street, Suite 100 | Douglas S. Curran |
| Nashville, Tennessee 37201 | The New York Times Building |
| 615.259.3456 (phone) | 620 Eighth Avenue |
| 615.726.5417 (fax) | New York, New York 10018 |
|  | 212.841.1000 (phone) |
| Kenneth E. Gordon | 212.841.1010 (fax) |
| GORDON, GORDON & SCHNAPP, P.C. |  |
| 437 Madison Avenue, 39th Floor | Jennifer H. Saperstein |
| New York, New York 10022 | 1201 Pennsylvania Ave. NW |
| 212.355.3200 (phone) | Washington, DC 20004 |
| 212.355.3292 (fax) | 202.662.5682 (phone) |
|  | 202.778.5682 (fax) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED:

*[signature]*
U.S.D.J.
3/18/13